RUTHER GALLER, ET ALS., PLAINTIFFS-PETITIONERS, v. CHARLES SLURZBERG, ET ALS., DEFENDANTS-RESPONDENTS.

See same case below: 22 *N. J. Super.* 477.

*Mr. William A. Kaufmann* and *Messrs. O'Mara, Schumann, Davis & Lynch* for the petitioners.

*Mr. August W. Heckman* and *Mr. Abraham J. Slurzberg* for the respondents.

March 16, 1953. Denied.

CITY OF PASSAIC, PLAINTIFF-PETITIONER, v. CITY OF CLIFTON, ET ALS., DEFENDANTS-RESPONDENTS.

See same case below: 23 *N. J. Super.* 333.

*Mr. William N. Gurtman* for the petitioner.

*Mr. John G. Dluhy* for the respondent.

March 16, 1953. Granted.